IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LEROY KNARR,**                                3:11-CV-041-BR

      **Plaintiff,**

                                    **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**


     Based on the Court's Opinion and Order (#_21_) issued April 9, 2012, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

     DATED this 9th day of April, 2012.

                                                    /s/ Anna J. Brown
                                                _____
                                                ANNA J. BROWN
                                                United States District Judge

1 - JUDGMENT