UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEROY KNARR,<br>Plaintiff, | 3:11-cv-00041-BR |
| vs. | [~~PROPOSED~~]<br>ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2,698.15 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Attorney fees are paid pursuant to 28 U.S.C. §1920.

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this 27th day of June, 2012.

_____
Anna Brown
United States District Court Judge

## Declaration of Leroy Knarr

I, Leroy Knarr, agree that any Equal Access to Justice Act fees awarded in my federal Social Security disability case should be paid directly to my attorneys, Schneider Law Offices, as payment of their fee for representing me before the U.S. District Court in this matter (CV # 3:11-00041-BR). I understand that there is a chance the amount of the EAJA fees will be taxable to me.

_____           1/9/11
Leroy Knarr                              Date

RECEIVED

JAN 10 2011

SCHNEIDER
LAW OFFICES